UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.:  08 C 1766 |
| | ) |
| LOGIX TRANSPORTATION, INC., a | ) |
| Corporation, BERGER TRANSFER & | ) |
| STORAGE, INC., a corporation, and | ) |
| GARY DRESSER, | ) |
| | ) |
| Defendants. | ) |

## RULE 3.2 DISCLOSURE STATEMENT

Defendants Logix Transportation, Inc. and Berger Transfer & Storage, Inc., by and through its attorneys, Segal McCambridge Singer & Mahoney, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Logix Transportation, Inc. is a wholly owned subsidiary of Berger Transfer & Storage, Inc.

No publicly held company owns 10% or more of Berger Transfer & Storage, Inc..

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

*/s/ Misty R. Martin* _____
One of the Attorneys for Defendants,
LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation and GARY DRESSER

961436-1

Kathleen McDonough, Esq.  ARDC No. 6229813
Misty R. Martin, Esq.   ARDC No.  6284999
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 S Wacker Drive
Chicago, Illinois 60606
(312) 645-7800 (t)
(312) 645-7711 (f)

## PROOF OF SERVICE BY MAIL

I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned Defendants' Corporate Disclosure Statement was served on the party(ies) as above-addressed, via this court electronic filing system this 20th day of May, 2008.

*/s/ Misty R. Martin*

961436-1