UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH WEBB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.: 08 C 1766 |
| | ) |
| **LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation, and GARY DRESSER,** | ) Judge Wayne R. Anderson |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING OF DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26 OF FEDERAL RULES OF CIVIL PROCEFURE

**TO:** Robert J. Bingle, Corboy & Demetrio, P.C., 33 North Dearborn Street, 20th Fl., Chicago, IL 60602

PLEASE TAKE NOTICE THAT ON THIS 18th day of June, 2008, Defendants LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation and GARY DRESSER, sent all counsel of record, their **Initial Disclosures Pursuant To Rule 26 Of The Federal Rules Of Civil Procedure** and filed this Notice of Filing with the Clerk Of The United States District Court for the Northern District of Illinois, a copy of which is hereby served upon you.

    Respectfully submitted,

    SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

    */s/ Misty R. Martin* _____
    One of the Attorneys for Defendants,
    LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation and GARY DRESSER

Misty R. Martin, Esq.
Kathleen McDonough, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800
849357

## PROOF OF SERVICE BY MAIL

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of this Notice of Filing of Defendants Rule 26 Disclosures, was served on the party(ies) as above-addressed, by enclosing a copy(ies) of Defendants' Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure in an envelope, sealed, postage prepaid and deposited in the U.S. Mail at Sears Tower, 233 S. Wacker Dr., Suite 5500, Chicago, IL 60606, and all other counsel of record, *via E-Filing,* on this 18th day of June, 2008.

    */s/ Misty R. Martin*