UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph Webb
                              Plaintiff,
v.                                             Case No.: 1:08–cv–01766
                                               Honorable Wayne R. Andersen
Logix Transportation, Inc., et al.
                              Defendant.

ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE

    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                   /s/ Wayne R. Andersen
                                                   United States District Judge