IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH WEBB,<br><br>      Plaintiff,<br><br>      v.<br><br><br><br>LOGIX TRANSPORTATION, INC.,<br>a Corporation, BERGER TRANSFER &<br>STORAGE, INC., a Corporation, and<br>GARY DRESSER,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:08-cv-01766<br>)<br>)  Honorable Wayne R. Anderson<br>)<br>)<br>)  Magistrate Judge Jeffrey Cole<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT INITIAL STATUS REPORT

The parties, by and through the undersigned counsel, file the following joint status report:

**1.) Please see attached copy of referral order.**

**2.) Summary of the Claims and Defenses:**

The plaintiff, Joseph Webb, brought this negligence action against Logix Transportation, Inc., Berger Transfer & Storage, Inc. and Gary Dresser. This complaint arises out of a motor vehicle accident that allegedly occurred on July 13, 2007 on Route 53 in Addison, Illinois, DuPage County. The plaintiff claims that Gary Dresser, an alleged agent and employee, was traveling northbound along Route 53 operating a Kenworth T2000 semi-tractor trailer owned, maintained and controlled by Logix Transportation and Berger Transfer & Storage. At the same time, plaintiff was operating a 1998 Harley Sportster in the same direction of travel. Plaintiff alleges that the Defendants made an improper u-turn and caused the subject accident.

Defendants deny plaintiff's allegations. It is the Defendants' position that the plaintiff had the duty to use ordinary care for his own safety and failed to exercise such care. Further, it is the defendants' position that the plaintiff was the sole proximate cause and/or negligently contributed to the cause of the occurrence. If plaintiff sustained any injuries or damages, which the

defendants dispute, defendants maintain they were caused by his own negligence.

This case was properly removed to federal court based on diversity jurisdiction.

**3.) A Statement of Relief Sought in the Pleading**
Plaintiff claims to have sustained injuries of personal and pecuniary nature, which include: pain, suffering, disabilities, disfigurement, and limitations resulting therefrom; as well medical expenses and loss earnings and the loss of quality of life.

**4.) No legal memoranda have been submitted (or will be submitted) on the matters referred by the District Court.**

**5.) Parties have considered and respectfully do not consent to the jurisdiction of the magistrate judge.**

**6.) Settlement Discussion**
Parties are currently exploring settlement possibilities. Defendants have requested that plaintiff supply them with a settlement demand. Plaintiff has indicated that a demand will be forthcoming.

Respectfully submitted this 25th day of June, 2008.

**On behalf of the Defendants,**

Misty R. Martin_____
Misty R. Martin
Kathleen McDonough
Segal, McCambridge, Singer & Mahoney
Sears Tower, Suite 5500
33 S. Wacker Drive
Chicago, Illinois 60611
(312) 645-7800 (phone)
(312) 645-7711 (fax)

**On Behalf of Plaintiff,**

Robert J. Bingle_____
Robert J. Bingle
Corboy & Demetrio, P.C.
33 North Dearborn Street, 20th Floor
Chicago, IL 60602
Phone: (312) 346-3191
Fax:    (312) 346-5562

2

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:08-cv-01766 |
| v. | ) |
| | ) Honorable Wayne R. Anderson |
| | ) |
| | ) Magistrate Judge Jeffrey Cole |
| LOGIX TRANSPORTATION, INC., | ) |
| a Corporation, BERGER TRANSFER & | ) |
| STORAGE, INC., a Corporation, and | ) |
| GARY DRESSER, | ) |
| Defendants. | ) |

## NOTICE OF FILING JOINT INITIAL STATUS REPORT

**TO:**  Robert J. Bingle, Corboy & Demetrio, P.C., 33 North Dearborn Street, 20th Fl., Chicago, IL 60602

PLEASE TAKE NOTICE THAT ON THIS 25th day of June, 2008, Defendants LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation and GARY DRESSER, filed the parties JONIT INITIAL STATUS REPORT with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is hereby served upon you.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

*/s/ Misty R. Martin* _____
One of the Attorneys for Defendants,
LOGIX TRANSPORTATION, INC., a Corporation, BERGER TRANSFER & STORAGE, INC., a corporation and GARY DRESSER

Kathleen McDonough, Esq.  ARDC No. 6229813
Misty R. Martin, Esq.  ARDC No.  6284999
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

849357

## **PROOF OF SERVICE BY MAIL**

  I, the undersigned, being first duly sworn on oath, depose and state the Joint Initial Status Report was served on the party(ies) as above-addressed and all other counsel of record, *via this court's E-Filing system,* on this 25th day of June, 2008.

             _____*/s/ Misty R. Martin*_____