UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph Webb
                              Plaintiff,
v.                                                Case No.: 1:08–cv–01766
                                                  Honorable Wayne R. Andersen
Logix Transportation, Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable Jeffrey Cole:Status hearing held and continued to September 3, 2008 at 8:30 a.m. Written and oral discovery on the question of liability shall close on October 31, 2008. An expert discovery schedule shall be agreed upon st the September 3, 2008 status.Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.