UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 C 1766 |
| | ) | |
| LOGIX TRANSPORTATION, INC., a | ) | Judge Wayne E. Anderson |
| Corporation, BERGER TRANSFER & | ) | |
| STORAGE, INC., a corporation, and | ) | |
| GARY DRESSER, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

To:   Robert J. Bingle
      Corboy & Demetrio, P.C.
      33 North Dearborn Street, 20th Floor
      Chicago, IL 60602

The undersigned, being first duly sworn on oath deposes and states that a copy of **Defendant Gary Dresser's Answer to Plaintiff's Interrogatories; Defendants Logix Transportation, Inc. and Berger Transfer & Storage, Inc.'s Answer to Plaintiff's Interrogatories; and Defendants' Responses to Plaintiff's Request to Produce** were served upon counsel of record listed by U.S. Mail at 233 South Wacker Drive, Suite 5500, Chicago, Illinois 60606 on the **29th day of August, 2008.**

_____

Sworn to and subscribed before me the 29th day of August, 2008.

_____
Notary Public

OFFICIAL SEAL
**MEGHAN SEARS**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11-01-10