# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1766 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Webb vs. Logix Transportation, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/3/08 at 8:30 a.m.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | CDH |
|---|---|---|